IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUDITH MARCIA WILLIAMS,**

    **Plaintiff,**

v.                                                                                              Case No. 4:23-cv-9-AW-MAF

**ROYAL KING OF CANADA, PAUL HALL,**

    **Defendant.**

_____/

## **ORDER OF DISMISSAL**

Judith Williams has filed many cases in this court. In this one, she sued her uncle and the "Royal King of Canada." ECF No. 1. The magistrate judge directed her to file an amended complaint or a notice of dismissal. Williams did neither, and the magistrate judge issued a report and recommendation concluding dismissal is appropriate. ECF No. 14. Williams has not filed any objection to the report and recommendation. She appears to have abandoned her case.

Having considered the matter, I conclude the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on May 24, 2023.

                                                s/ *Allen Winsor*
                                                United States District Judge